The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

### TACOMA DIVISION

| | |
|---|---|
| GROUND ZERO CENTER FOR NONVIOLENT ACTION, WASHINGTON PHYSICIANS FOR SOCIAL RESPONSIBILITY, and GLEN S. MILNER, <br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, et al.,<br><br>Defendants. | Case No. 3:12-cv-05537-RBL<br><br>Hon. Ronald B. Leighton<br><br>[~~PROPOSED~~] ORDER APPROVING THE PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO FILE THE ADMINISTRATIVE RECORD |

Before the Court is the parties' Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Complaint and to file the Administrative Record. Having considered the Stipulation and finding that good cause exists to approve the requested extension, the parties' Stipulation is hereby APPROVED and it is further

ORDERED that Defendants shall have until September 19, 2012, to file a response to Plaintiffs' Complaint and to file a Core Administrative Record, as described in the Stipulation,

[PROPOSED] ORDER APPROVING STIPULATION TO
EXTEND TIME FOR DEFENDANTS TO RESPOND TO
COMPLAINT AND FILE ADMINISTRATIVE RECORD

U.S. DEPARTMENT OF JUSTICE
999 18TH STREET
SOUTH TERRACE – SUITE 370
DENVER, CO 80202

1  and Defendants shall have until October 19, 2012, to file the remainder of the Administrative
2  Record.
3       It is so ORDERED.
4
5       Dated: 8-16-12
6                                                    Hon. Ronald B. Leighton
                                                     United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28