HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GROUND ZERO CENTER FOR NONVIOLENT ACTION, WASHINGTON PHYSICIANS FOR SOCIAL RESPONSIBILITY, and GLEN S. MILNER, <br><br> Plaintiffs, <br><br> and <br><br> THE SUQUAMISH TRIBE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE NAVY, et al., <br><br> Defendants. | Case Nos.: 12-cv-5537 <br><br> ORDER <br><br> (Dkt. #70) |

1    Plaintiffs request reconsideration of the Court's Order on the their Motion to Unseal

2  Records and to Lift Restraints on Use of Records (Dkt. #70).

3    Under Local Rule 7(h):

4   Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

The Ninth Circuit has called reconsideration an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (quoting 12 James Wm. Moore et al., *Moore's Federal Practice* § 59.30[4] (3d ed. 2000). "Indeed, a motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Id.* (quoting *389 Orange Street Partners*, 179 F.3d 656, 665 (9th Cir. 1999)).

Plaintiffs request an order "memorializing" the Court's oral rulings on December 7, 2012. Although the Court indicated that it would produce a modified order, it does not appear necessary. Mr. Hajek's summary, presented on page 3 of Plaintiffs' motion, appears correct, and the oral rulings in the record are thus sufficient.

Plaintiffs' motion (Dkt. #70) is **DENIED**.

Dated this 17th day of January 2013.

_____
Ronald B. Leighton
United States District Judge