# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| GROUND ZERO CENTER FOR NON-VIOLENT ACTION, et al., | SUPPLEMENTAL JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | CASE NO. C12-5537 TSZ |
| v. | |
| UNITED STATES DEPARTMENT OF THE NAVY, et al., | |
| Defendants. | |

___  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Supplemental judgment is hereby ENTERED in favor of plaintiffs Ground Zero Center for Nonviolent Action, Washington Physicians for Social Responsibility, and Glen S. Milner and against defendant United States Department of the Navy in the amount of $36,675 in attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

Dated this 26th day of October, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk